**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 1 7 2009

JAMES N. HATTEN, Clerk
By: /s/ _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| JEFFREY BRIAN NICKEL | : | **1:09-CR-082** |

THE GRAND JURY CHARGES THAT:

Beginning on or about April 17, 2008, and continuing until on or about June 17, 2008, in the Northern District of Georgia, the defendant, JEFFREY BRIAN NICKEL, using a facility and means of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, child molestation (O.C.G.A. § 16-6-4), in violation of Title 18, United States Code, Sections 2422(b).

A __True__ BILL

_/s/ Bill a Norne_
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_/s/ Corey Steinberg_
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6201
404/581-6156 (fax)
GA Bar # 118208